Michael K. Sipes, SBN 155148
LAW OFFICES OF MICHAEL K. SIPES
3050 Fite Circle, Ste. 107
Sacramento, CA 95827
Telephone: (866) 656-7080
Facsimile:  (866) 244-3862
mksipes@sipeslaw.com

Attorney for Defendant
TRUE NORTH AR, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY MURRAY,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>TRUE NORTH AR, LLC, a Delaware limite liability company; SANTA ROSA MEMORIAL HOSPITAL, a California church corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  C 12-01150 JSC<br><br>**DEFENDANT TRUE NORTH AR, LLC's ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　　Defendant TRUE NORTH AR, LLC (herein "Defendant") responds to Plaintiff SALLY MURRAY's (herein "Plaintiff") First Amended Complaint as follows:

　　　　1.　　As to the allegations of paragraph 1, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

　　　　2.　　As to the allegations of paragraph 2, Defendant admits that Defendant is a Delaware limited liability company with its principal place of business in Novato, California,

admits that Defendant is a debtor collector as that term is defined by 11 U.S.C. section 1692(a)(6) and California Civil Code section 1788.2(c) and except as expressly admitted herein, Defendant denies the remaining allegations contained therein.

3. As to the allegations of paragraph 3, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

4. As to the allegations of paragraph 5, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

5 As to the allegations of paragraph 6, Defendant admits the allegations as alleged therein.

6. As to the allegations of paragraph 7, Defendant admits the allegations as alleged therein.

7. As to the allegations of paragraphs 8 through 10, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

8. As to the allegations of paragraph 11, Defendant denies the allegations as alleged therein.

9. As to the allegations of paragraph 12, Defendant denies the allegations as alleged therein.

10. As to the allegations of paragraph 13, Defendant denies the allegations as alleged therein.

11. As to the allegations of paragraph 14, Defendant hereby incorporates by references each of its responses to the allegations of the First Amended Complaint set forth in paragraphs 1 through 10 herein.

12. As to the allegations of paragraph 15, Defendant admits these allegations.

13. As to the allegations of paragraphs 16 through 19, Defendant denies these allegations.

14. As to the allegations of paragraph 20, Defendant hereby incorporates by references each of its responses to the allegations of the First Amended Complaint set forth in paragraphs 1 through 13 herein.

15. As to the allegations of paragraphs 21 through 25, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

16. As to the allegations of paragraph 26, Defendant hereby incorporates by references each of its responses to the allegations of the First Amended Complaint set forth in paragraphs 1 through 15 herein.

17. As to the allegations of paragraphs 27 through 30, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

18. As to the allegations of paragraph 31, Defendant hereby incorporates by references each of its responses to the allegations of the First Amended Complaint set forth in paragraphs 1 through 17 herein.

19. As to the allegations of paragraphs 32 through 38, Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs, and on that basis denies these allegations.

20. As to the allegations of paragraph 39, Defendant hereby incorporates by references each of its responses to the allegations of the First Amended Complaint set forth in paragraphs 1 through 19 herein.

21. As to the allegations of paragraphs 40 through 43, Defendant denies those allegations as to this answering Defendant and Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs as to Santa Rosa Memorial, and on that basis denies these allegations.

**DEFENDANT TRUE NORTH AR, LLC's ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

22. As to the allegations of paragraph 44, Defendant hereby incorporates by references each of its responses to the allegations of the First Amended Complaint set forth in paragraphs 1 through 21 herein.

23. As to the allegations of paragraph 45, Defendant denies the allegations as alleged therein.

24. As to the allegations of paragraphs 46 and 48, Defendant denies those allegations as to this answering Defendant and Defendant is without knowledge or information sufficient to form a belief as to the allegations in these paragraphs as to Santa Rosa Memorial, and on that basis denies these allegations.

## FIRST AFFIRMATIVE DEFENSE

The First Amended Complaint fails to state a claim upon which relief may be granted as against Defendant.

## SECOND AFFIRMATIVE DEFENSE

The First Amended Complaint is barred by the doctrine of laches and the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that the claim(s) alleged in the First Amended Complaint are barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that the claim(s) alleged in the Complaint are barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that the claim(s) alleged in the First Amended Complaint are barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that Plaintiff was negligent, careless and/or committed intentional acts, in and about the matters alleged in the First

Amended Complaint, and to the extent said negligence, carelessness and/or intentional acts caused and/or contributed to his injuries and/or damages.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that other persons and parties were careless and/or negligent, and/or committed intentional acts, and that this carelessness, negligence, or these intentional acts proximately contributed to the happening of the incidents referred to in the First Amended Complaint, and to the extent said negligence, carelessness and/or intentional acts caused and/or contributed to injuries and/or damages, then the damages alleged against this Defendant should be reduced or eliminated.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that it has no civil liability under the Fair Debt Collection Practices Act as any action by Defendant were taken in good faith and the result of maintenance of procedures reasonably adopted to avoid any violation alleged by Plaintiff .

### NINTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that the sole and proximate cause of the circumstances and events complained of by Plaintiff in the First Amended Complaint was due to the acts or omissions of person and entities other than this answering Defendant.

\ \

\ \

\ \

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays:

1. That Plaintiff, as to this answering Defendant, take nothing and be granted no relief by reason of the First Amended Complaint and that the First Amended Complaint be dismissed as to this answering Defendant;

2. That Defendant be awarded its attorneys' fees and costs or suit; and,

3. For such other and further relief as the Court deems proper.

Respectfully submitted,

LAW OFFICES OF MICHAEL K. SIPES

DATED: May 18, 2012       By: /s/ Michael K. Sipes
                              Michael K. Sipes
                              Attorneys for Defendant
                              True North AR, LLC

- 6 -
**DEFENDANT TRUE NORTH AR, LLC's ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**