Joseph A. Creitz, Cal. Bar No. 169552
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Email: joseph.creitz@gmail.com
Telephone:    415.269.3675
Facsimile:    415.513.4775
    Attorney for the Plaintiff SALLY MURRAY

Michael K. Sipes, SBN 155148
LAW OFFICES OF MICHAEL K. SIPES
3050 Fite Circle, Ste. 107
Sacramento, CA  95827
Telephone:    (866) 656-7080
Facsimile:    (866) 244-3862
mksipes@sipeslaw.com
    Attorney for Defendant TRUE NORTH AR, LLC

POLSINELLI SHUGHART LLP
WESLEY HURST (SBN 127564)
1801 Century Park East, Suite 1801
Los Angeles, CA 90067
Telephone:    (310) 556-1801
Facsimile     (310) 556-1802
WHurst@Polsinelli.com
    Attorneys for Defendant SANTA ROSA MEM. HOSP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY MURRAY,<br><br>Plaintiff,<br><br>vs.<br><br>**TRUE NORTH, AR, LLC**, a Delaware limited liability company; **SANTA ROSA MEMORIAL HOSPITAL**, a California church corporation; and DOES 1 through 10, inclusive.<br><br>**Defendants.** | **Case No. C 12-01150 JSC**<br><br>**STIPULATED JOINT REQUEST FOR DISMISSAL WITH PREJDUDICE and [proposed] ORDER** |

MURRAY v. TRUE NORTH, et al.
SPTILUATED JOINT REQUEST FOR DISMISSAL
Case No. C 12-01150 JSC

TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES:

In accordance with the terms of the Settlement Agreement executed by the parties to the above-captioned action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sally Murray, Defendant True North, AR, LLC, and Defendant Santa Rosa Memorial Hospital, stipulate and request that the action against the above Defendants, as well as DOES 1-10, be dismissed with prejudice. Each party shall be responsible for bearing its own costs and attorney's fees incurred in connection with the above-referenced action and the completion of the settlement of same.

Dated: September 25, 2012                LAW OFFICE OF JOSEPH A. CREITZ, P.C.

  /s/ Joseph A. Creitz
_____
Joseph A. Creitz
Attorney for Plaintiff


Dated: September 25, 2012                LAW OFFICES OF MICHAEL K. SIPES

  /s/ Michael K. Sipes
_____
Michael K. Sipes
Attorney for Defendant True North AR, LLC


Dated: September 25, 2012                POLSINELLI SHUGHART LLP

  /s/ Wesley D. Hurst
_____
Wesley D. Hurst
Attorneys for Defendant SANTA ROSA
MEMORIAL HOSPITAL

SALLY MURRAY v. TRUE NORTH, et al.,
STIPULATED JOINT REQUEST FOR DISMISSAL
Case No. C 12-01150 JSC

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, and good cause appearing, this matter is hereby DISMISSED WITH PREJUDICE as to all claims and causes of action asserted by or against any and all parties therein, each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: _____          _____
                                       HON. JACQUELINE SCOTT CORLEY
                                       United States Magistrate Judge

SALLY MURRAY v. TRUE NORTH, et al.,
STIPULATED JOINT REQUEST FOR DISMISSAL
Case No. C 12-01150 JSC