1  Joseph A. Creitz, Cal. Bar No. 169552
   THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
2  22 Battery Street, Suite 1000
3  San Francisco, CA 94111
   Email: joseph.creitz@gmail.com
4  Telephone:    415.269.3675
   Facsimile:    415.513.4775
5       Attorney for the Plaintiff SALLY MURRAY

6  Michael K. Sipes, SBN 155148
7  LAW OFFICES OF MICHAEL K. SIPES
   3050 Fite Circle, Ste. 107
8  Sacramento, CA  95827
   Telephone:    (866) 656-7080
9  Facsimile:    (866) 244-3862
   mksipes@sipeslaw.com
10      Attorney for Defendant TRUE NORTH AR, LLC

11
   POLSINELLI SHUGHART LLP
12 WESLEY HURST (SBN 127564)
   1801 Century Park East, Suite 1801
13 Los Angeles, CA 90067
   Telephone:    (310) 556-1801
14 Facsimile     (310) 556-1802
15 WHurst@Polsinelli.com
        Attorneys for Defendant SANTA ROSA MEM. HOSP.
16
                    IN THE UNITED STATES DISTRICT COURT
17
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

19 | SALLY MURRAY,                                      | Case No. C 12-01150 JSC
20 |        Plaintiff,                                  |
21 |    vs.                                             | STIPULATED JOINT REQUEST FOR
22 |                                                    | DISMISSAL WITH PREJDUDICE and
   | TRUE NORTH, AR, LLC, a Delaware                    | [proposed] ORDER
23 | limited liability company; SANTA ROSA              |
   | MEMORIAL HOSPITAL, a California                    |
24 | church corporation; and DOES 1 through 10,         |
   | inclusive.                                         |
25 |                                                    |
26 |        Defendants.                                 |

27
28 MURRAY v. TRUE NORTH, et al.
   SPTILUATED JOINT REQUEST FOR DISMISSAL
   Case No. C 12-01150 JSC

TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES:

In accordance with the terms of the Settlement Agreement executed by the parties to the above-captioned action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sally Murray, Defendant True North, AR, LLC, and Defendant Santa Rosa Memorial Hospital, stipulate and request that the action against the above Defendants, as well as DOES 1-10, be dismissed with prejudice. Each party shall be responsible for bearing its own costs and attorney's fees incurred in connection with the above-referenced action and the completion of the settlement of same.

| | |
|---|---|
| Dated: September 25, 2012 | LAW OFFICE OF JOSEPH A. CREITZ, P.C. |
| | /s/ Joseph A. Creitz |
| | Joseph A. Creitz |
| | Attorney for Plaintiff |
| | |
| Dated: September 25, 2012 | LAW OFFICES OF MICHAEL K. SIPES |
| | /s/ Michael K. Sipes |
| | Michael K. Sipes |
| | Attorney for Defendant True North AR, LLC |
| | |
| Dated: September 25, 2012 | POLSINELLI SHUGHART LLP |
| | /s/ Wesley D. Hurst |
| | Wesley D. Hurst |
| | Attorneys for Defendant SANTA ROSA MEMORIAL HOSPITAL |

SALLY MURRAY v. TRUE NORTH, et al.,
STIPULATED JOINT REQUEST FOR DISMISSAL
Case No. C 12-01150 JSC

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, and good cause appearing, this matter is hereby DISMISSED WITH PREJUDICE as to all claims and causes of action asserted by or against any and all parties therein, each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: September 26, 2012

*Jacqueline S. Corley*
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

SALLY MURRAY v. TRUE NORTH, et al.,
STIPULATED JOINT REQUEST FOR DISMISSAL
Case No. C 12-01150 JSC